JOSEPH J. HARTMAN, complainant and respondent,

*v.*

ANNA M. HARTMAN, defendant and appellant.

[Argued June 18th, 1908. Decided November 16th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *71 Atl. Rep. 417.*

*Mr. Chauncy H. Beasley* and *Mr. Samuel J. McDonald,* for the appellant.

*Mr. Charles F. Herr, Mr. James M. Trimble* and *Mr. Samuel Kalisch,* for the respondent.

PER CURIAM.

This case involves only questions of fact. We agree with the conclusions of the learned vice-chancellor. The decree under review should therefore be affirmed.

The application for counsel fee is denied.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL —16.

*For reversal*—None.